LYNNE C. HERMLE (State Bar No. 99779)
lchermle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

TINA M. TRAN (State Bar No. 186529)
ttran@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

TRISH M. HIGGINS (State Bar No. 119215)
thiggins@orrick.com
ERIN M. CONNELL (State Bar No. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

Attorneys for Defendant
Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY J. DRAKE and ADAM SCOTT, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & COMPANY, INC., MORGAN STANLEY DW, INC., and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. CV09-6467MRP(RC)<br><br>DECLARATION OF JOSEPH COLOMBO IN SUPPORT OF NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, AND 1453 |

I, Joseph Colombo, hereby declare:

1. I am a HR Data Manager, for defendant Morgan Stanley & Co. Incorporated ("Morgan Stanley"). I make this declaration in support of Morgan Stanley's Notice of Removal. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called as a witness I could and would testify competently to the matters set forth in this declaration.

2. Based on my tenure with Morgan Stanley and because of my job duties, I am familiar with the corporate structure and history of Morgan Stanley. In or about April 1, 2007, Morgan Stanley DW, Inc. merged into Morgan Stanley & Co. Incorporated.

3. Morgan Stanley is now, and ever since this action commenced has been, incorporated under the laws of the State of Delaware, with its principal place of business in the State of New York. Morgan Stanley conducts business in many states, does not conduct a majority of its activities in any single state, and its corporate headquarters is located in New York.

Executed this 4th day of September, 2009, in the City of Purchase, State of New York.

I declare under penalty of perjury under the laws of these United States that the foregoing is true and correct.

_____
Joseph Colombo

- 2 -

DECLARATION OF JOSEPH COLUMBO IN SUPPORT OF NOTICE OF REMOVAL