VAN VLECK TURNER & ZALLER LLP
  Brian F. Van Vleck, State Bar No. 155250
  bvanvleck@vtzlaw.com
  Anthony J. Zaller, State Bar No. 224844
  azaller@vtzlaw.com
555 West Fifth Street
31st Floor
Los Angeles, California 90013
Telephone: (213) 996-8445
Facsimile: (213) 996-8378

Attorneys for Named Plaintiffs
JEREMY J. DRAKE and ADAM SCOTT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY J. DRAKE AND ADAM SCOTT, on behalf of themselves and others similarly situated,<br><br>           Plaintiffs,<br>   vs.<br><br>MORGAN STANLEY & COMPANY, INC., MORGAN STANLEY DW, INC., and DOES 1 through 100 inclusive,<br><br>           Defendants. | CASE NO: CV 09-6467 ODW (RCx)<br><br>**CLASS ACTION**<br><br>**STIPULATION RE LOCAL RULE 23-3**<br><br>Action Filed: July 30, 2009<br>Trial Date:    None Set |

## STIPULATION

Plaintiff Jeremy J. Drake and Adam Scott ("Plaintiffs") and Defendant Morgan Stanley & Co., Incorporated ("Defendant"), through their respective counsel, stipulate as follows:

1.  Plaintiffs filed their Complaint in state court on July 30, 2009. On or about September 4, 2009, Defendant filed a Notice of Removal of the case to federal court. The Notice of Removal was the first pleading which commenced this putative class action in federal court. Pursuant to Local Rule 23-3, "unless otherwise ordered by the court" Plaintiffs' motion for class certification is presumptively due within 90 days of service of Notice of Removal, or by December 3, 2009.

2.  Plaintiffs contend that it is not practicable for them to make their early disclosures and to engage in discovery with enough time to fully brief the issues for class certification by December 3, 2009. Defendant does not oppose excusing Plaintiffs from filing a motion for class certification within the time required by Local 23-3.

3.  Therefore, the Parties stipulate to the following:

> Plaintiff shall be excused from filing a motion or motions for class certification within the time required by Local Rule 23-3 for a period not to exceed eight months from September 4, 2009, which is May 4, 2010, or on an alternative later date as set by the Court at the scheduling conference.

///
///
///

IT IS SO STIPULATED.

Dated: October 2, 2009         VAN VLECK TURNER & ZALLER LLP
                               Brian Van Vleck
                               Anthony J. Zaller


                               By:      /s/ Anthony J. Zaller
                                          Anthony J. Zaller
                               Attorneys for Plaintiffs
                               Jeremy Drake and Adam Scott


Dated: October 2, 2009         ORRICK, HERRINGTON & SUTCLIFFE LLP
                               Lynne C. Hermle
                               Tina M. Tran
                               Trish M. Higgins
                               Erin M. Connell


                               By:      /s/ Trish M. Higgins
                                          Trish M. Higgins
                               Attorneys for Defendant
                               Morgan Stanley & Co., Incorporated