VAN VLECK TURNER & ZALLER LLP
   Brian F. Van Vleck, State Bar No. 155250
   bvanvleck@vtzlaw.com
   Anthony J. Zaller, State Bar No. 224844
   azaller@vtzlaw.com
555 West Fifth Street
31st Floor
Los Angeles, California 90013
Telephone: (213) 996-8445
Facsimile: (213) 996-8378

Attorneys for Named Plaintiffs
JEREMY J. DRAKE and ADAM SCOTT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY J. DRAKE AND ADAM SCOTT, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br>  vs.<br><br>MORGAN STANLEY & COMPANY, INC., MORGAN STANLEY DW, INC., and DOES 1 through 100 inclusive,<br><br>        Defendants. | CASE NO: CV 09-6467 ODW (RCx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER RE STIPULATION RE LOCAL RULE 23-3**<br><br>Action Filed: July 30, 2009<br>Trial Date:    None Set |

## **ORDER**

Based upon the foregoing stipulation and for good cause appearing thereon, IT IS SO ORDERED that Plaintiffs' motion(s) for class certification is due on _____, 2010.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE