# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY J. DRAKE and ADAM SCOTT, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MORGAN STANLEY & COMPANY, INC., MORGAN STANLEY DW, INC. and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 09-6467 ODW (RCx)<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed:　　　　July 30, 2009<br>Discovery Cut-off:　　August 23, 2010<br>Pre-trial Conference:　Nov. 1, 2010<br>Trial Date:　　　　　Nov. 30, 2010 |

1  The Court has considered the parties' Stipulation of Dismissal.  Good cause
2  appearing, the Court dismisses this action, including the Complaint and
3  Counterclaims, with prejudice, each party to bear its own costs and attorneys' fees.
4  IT IS SO ORDERED.
5  Dated:  July 20, 2010.

_____
HON. OTIS WRIGHT, II
United States District Judge